UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RYAN D. BRUNER, :
:
    Plaintiff :
: No. 4:11-CV-1359
vs. :
: (Judge Nealon)
MICHAEL J. ASTRUE, :
COMMISSIONER OF SOCIAL :
SECURITY, :
:
    Defendant :

FILED
SCRANTON
NOV 0 5 2012
PER_____
DEPUTY CLERK

## ORDER

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of Ryan D. Bruner and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Ryan D. Bruner adult child disability insurance benefits and supplemental security income benefits is vacated and the case is remanded to the Commissioner for further proceedings to:

2.1 Conduct a new administrative hearing and appropriately evaluate the medical evidence.

3. The Clerk of Court shall close this case.

_____
United States District Judge

Dated: November 5, 2012